Ethel Strickland ROGAN, as Executrix of Nat Rogan, Deceased, etc., Appellant, v. GENERAL PIPE LINE CO. OF CALIFORNIA, Appellee.

No. 10843.

Circuit Court of Appeals, Ninth Circuit.

Aug. 7, 1944.

Charles H. Carr, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., B. I. R., all of Los Angeles, Cal., for appellant.

D. W. Woods, J. M. Jessen, and Olive E. Boswell, all of Los Angeles, Cal., for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, with prejudice and without costs, that a judgment of dismissal be filed and entered accordingly and the mandate of this Court issue forthwith.

James Bernard CONNOLLY, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 11105.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

James Bernard Connolly, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.

Roy Lee ENGLE, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 11128.

Circuit Court of Appeals, Fifth Circuit.

Oct. 14, 1944.

Roy Lee Engle, in pro per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from in this cause be, and the same hereby is, affirmed.